IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPL CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 5:24-CV-03649-JLS |

## O R D E R

**AND NOW**, this 31st day of March, 2025, it is hereby **ORDERED** that the telephonic status conference previously scheduled for June 11, 2025, at 2:00 p.m. is **RESCHEDULED** to June 10, 2025, at 2:00 p.m. Counsel shall dial into 1-855-244-8681 and use access code 2324 292 1501.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**