**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PPL Corporation,

      Plaintiff,                   Case No. 5:24-cv-03649

     v.                           Judge Jeffrey L. Schmehl

Associated Electric & Gas Insurance
Services Limited,

      Defendant.

---

### <u>ORDER ON JOINT STIPULATION FOR PARTIAL DISPOSITIVE BRIEFING</u>

AND NOW, this <u>14th</u> day of April, 2025, by stipulation of the parties, and for good cause shown, the parties shall file partial dispositive cross-motions as follows:

1. Opening briefs on cross-motions due on May 15, 2025 (25-page limit);

2. Opposition briefs on cross-motions due on June 13, 2025 (25-page limit); and

3. Reply briefs to oppositions on cross-motion due on June 27, 2025 (10-page limit).

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Jeffrey L. Schmehl
_____

JEFFREY L. SCHMEHL, J.